HERMENEGILDE PREFONTAINE *vs.* OSCAR J. ROBERGE.

PROVIDENCE—MARCH 14, 1898.

PRESENT : Matteson, C. J., Stiness and Tillinghast, JJ.

Moneys not mentioned in the declaration in an action of account cannot be allowed by the auditor to whom the action has been referred to take the account between the parties.

But in such case the declaration may be amended in respect to the sums allowed

ACTION OF ACCOUNT heard on defendant's exceptions to the auditor's report allowing certain sums of money not mentioned in the declaration.

MATTESON, C. J.   We think that the defendant's exceptions relating to the allowance by the auditor of moneys paid by the plaintiff on the joint account of himself and the defendant, on the ground that such moneys were not mentioned in the declaration, were well taken ; but we think that the plaintiff may be permitted, on motion, to amend his declaration in respect to the sums allowed.   *Spicers & Peckham,* v. *Harvey,* 9 R. I. 582.

*Thomas W. Gilchrist,* for plaintiff.

*Adelard Archambault and Alphonse Gaulin,* Jr., for defendant.